

| | Partners | Associates |
|---|---|---|
| | JAMES A. ROTH | TILLIE S. MIRMAN |
| | BARRY M. HOFFMAN | MARY A. SOLIMINE |
| | WILLIAM S. MATLIN | NICOLLE ZAVADOFF |
| | JOSHUA R. HOFFMAN | ANTHONY J. IVANY |
| | JOHN T. HAGUE | ANASTASIYA SAKHNOVSKAYA |
| | | Office Manager |
| | | SOFIA ZOULIS |

October 19, 2023

BY: ECF
HONORABLE VALERIE FIGUEREDO
United States District Court
Southern District of New York
500 Pearl Street, Room 1660
New York, New York, 10007

> Application Granted
> [signature] Valerie Figueredo, U.S.M.J.
> DATED: October 20, 2023
> The Clerk of Court is directed to terminate the motion at ECF No. 16.

      Re:   Beezum v. 240 West 40th Taco LLC
             Docket No. 23-cv-02654-AS-VF
             Our File No: 8921

Dear Judge Figueredo:

     Counsel for the Defendant requests an extension of time to respond to the Plaintiff's partial summary judgment motion to dismiss filed on October 12/13, 2023, with the emailed video being accepted on October 19, 2023. I have a heavy case load at the moment, with depositions, conferences already scheduled and a potential trial on October 30, 2023. I therefore request a 30-day extension to oppose the motion. This is my first request for an adjournment. I note there was not a previously agreed to briefing schedule.

     I note that when I previously emailed with Counsel for the Plaintiff, Mark J. Kovack who consented to adjourning this motion till November 17, 2023.

     It is respectfully requested that this letter request for an enlargement of time be granted.

     Thank you.

                             Respectfully yours,

                             JOHN T. HAGUE, ESQ.
                             HOFFMAN ROTH & MATLIN, LLP
                             Attorneys for Defendant
                             505 8th Avenue, Suite 1101
                             New York, NY 10018
                             Our File No: 8921

cc:
Mark Kovack
Urban Thier & Federer, P.A.
55 Greens Farms Road
Suite 220
Westport, CT 06880
203-295-7608
Fax: 203-295-7609
Email: kovack@urbanthier.com