UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLAUDIA BEEZUM,<br><br>         Plaintiff,<br><br>  -against-<br><br>240 WEST 40TH TACO LLC, et al.,<br><br>         Defendant. | 23-CV-2654 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The parties filed a stipulation of voluntary dismissal on February 15, 2024. Dkt. 27. On February 16, 2024, the Clerk's Office notified the parties that the stipulation was deficient and directed the parties to re-file, which they have not yet done. If the parties intend to stipulate to the dismissal of this case, they should re-file the stipulation by February 28, 2024. If the parties no longer intend to stipulate to dismissal, they should file a joint letter notifying the Court by February 28, 2024.

  SO ORDERED.

Dated: February 26, 2024
   New York, New York

                       ARUN SUBRAMANIAN
                       United States District Judge