UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLAUDIA BEEZUM,<br><br>                    Plaintiff,<br><br>         -against-<br><br>240 WEST 40TH TACO LLC d/b/a TACO BELL,<br><br>                    Defendant. | 23-CV-2654 (AS)<br><br>ORDER OF DISMISSAL |

ARUN SUBRAMANIAN, United States District Judge:

The parties filed a stipulation of voluntary dismissal on February 15, 2024. Dkt. 27. On February 16, 2024, the Clerk's Office notified the parties that the stipulation was deficient and directed the parties to re-file. On February 27, 2024, the parties re-filed the stipulation. Dkt. 29. On February 28, 2024, the Clerk's Office again notified the parties that the stipulation was deficient and directed the parties to re-file. The parties have yet to do so. The parties should call the Clerk's Office at (212) 805-0136 to get instructions on how to properly file their stipulation of dismissal.

The Court having been advised at ECF Nos. 27 and 29 that all claims asserted herein have been settled in principle, it is ORDERED that the above-entitled action be and is hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action **within sixty days** of the date of this Order if the settlement is not consummated.

To be clear, any application to reopen must be filed by the aforementioned deadline; any application to reopen filed thereafter may be denied solely on that basis. Further, requests to extend the deadline to reopen are unlikely to be granted.

If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Per Paragraph 9.B of the Court's Individual Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

Any pending motions are moot. All conferences are canceled. The Clerk of Court is directed to close the case.

SO ORDERED.

Dated: March 4, 2024
New York, New York

ARUN SUBRAMANIAN
United States District Judge